

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Radha   Patel v. Sylvia Trevino, Constable Pct. 6

Appellate case number:    01-20-00445-CV

Trial court case number:   2018-61935

Trial court:                       11th District Court of Harris County

On July 6, 2021, appellant Radha Patel filed an opposed "Motion for Leave to File Her Motion to Extend Time to File Her Reply Brief Until and Through July 26, 2021" (the "Motion"). In the Motion, appellant seeks both (1) leave to request an extension of time to file her reply brief and (2) an extension of time to file her reply brief.

The Motion is **granted.** Appellant's reply brief is due on or before July 26, 2021.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                            Acting individually

Date: July 20, 2021